1815.                    TEACKLE vs. NICOLS's Lessee.
JUNE (E. S.)

Teackle                    APPEAL from *Somerset* County Court. Ejectment for
vs                  part of a tract of land called *Beckford*.  The defendant,
Nicols              (now appellant,) took defence on warrant, and plots were
A conveyance of     returned; and at the trial the plaintiff offered in evidence
land lying in *So-* the plots and explanations, and proved the locations made
*merset* county, ex-
ecuted by the gran-  by him to be correct.  He also read in evidence a grant
tor, stated to be of
*George-Town,* in    of *Beckford* to G. W. *Jackson,* on the 19th of December
the district of *Co-*
*lumbia,* and ac-    1798.  Also a deed from *Jackson* to the defendant, for 9
knowledged by
him in *Prince-*     acres 3 rods and 29 perches of the said tract, described
*George's* county,
before J M G, stat-  by courses and distances, dated the 19th of May 1802.
ing himself to be
chief judge of the   Also a deed dated the 29th of October 1807, from the de-
first judicial dis-
trict of this state—  fendant, stated in the deed to be of *Somerset* county, to
*Held,* that the deed,
and acknowledg-      J. *Teackle,* for (amongst others) the above part of the tract
ment on the face of
it, without further  called *Beckford,* conveyed to him by *Jackson.*  This deed
evidence, was suffi-
cient in point of    was acknowledged on the day of its date in *Prince-Geor-*
law to transfer the
property therein     *ge's* county, before J. M. *Gantt,* stated to be chief judge
mentioned to the
grantee              of the first judicial district of this state.  He then offered
                    to read in evidence a deed of trust, dated the 13th of
                    April 1809, between J. *Teackle* of *George Town,* in the
                    District of *Columbia,* of the first part; L. D. *Teackle,* (the
                    defendant,) of *Somerset* county, in this state, of the se-
                    cond part; and C. N. *Bancker,* of the city of *Philadelphia,*
                    of the third part; for the said part of *Beckford.*  This
                    deed was signed and sealed by J *Teackle* only, in the
                    presence of J. M. *Gantt,* and was by *Teackle* acknowledg-
                    ed on the day of its date, in the same manner as the last
                    above mentioned deed.  Under this deed the lessor of the
                    plaintiff claimed title.  To the reading of this deed in evi-
                    dence the defendant objected, because it did not appear that
                    J. M. *Gantt,* before whom it was executed and purported to
                    be acknowledged, was by law authorised to take the acknow-
                    ledgment of the same.  But the Court, [*Done,* Ch. J. and
                    *Robins* and *Whittington,* A. J.] overruled the objection, and
                    permitted the deed to be read in evidence, and directed the
                    jury that the deed, and acknowledgment on the face of it,
                    without further evidence, was sufficient in point of law, to
                    transfer the property therein mentioned to the grantee. The
                    defendant excepted; and the verdict and judgment being
                    against him, he appealed to this court, where the cause was
                    argued before BUCHANAN, EARLE, and JOHNSON, J. by

                    *T. Bayly,* for the Appellant; and by
                    *J. Bayly,* for the Appellee.

                                                  JUDGMENT AFFIRMED.